# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | | |
|---|---|---|---|
| STATE OF DELAWARE | ) | | |
| | ) | | |
| v. | ) | ID No. | 1908013052 |
| | ) | | |
| TAHA EL-ABBADI, | ) | | |
| | ) | | |
| Defendant. | ) | | |

Submitted: May 27, 2026
Decided: June 22, 2026

## ORDER ADOPTING COMMISSIONER'S REPORT AND RECOMMENDATION THAT DEFENDANT'S MOTION FOR POSTCONVICTION RELIEF BE SUMMARILY DISMISSED AND POSTCONVICTION COUNSEL'S MOTION TO WITHDRAW BE GRANTED.

On this 22nd day of June, 2026, upon consideration of the Superior Court Commissioner's Report and Recommendations,[1] Defendant Taha El-Abbadi's ("Defendant") *pro se* Motion for Postconviction Relief (the "Motion")[2] made pursuant to Superior Court Criminal Rule 61, Postconviction Counsel's Motion to Withdraw, and the record in this case:

1. The Court referred the Motion to a Commissioner pursuant to 10 *Del. C.* § 512(b) and Rule 62 for proposed findings of fact and conclusions of law.

---

[1] D.I. 89.
[2] D.I. 48.

2. On May 27, 2026, Commissioner O'Connor issued a Report and Recommendation in which he recommended that the Court summarily dismiss Defendant's Motion for Postconviction Relief.

3. A party can file and serve written objections to a Commissioner's order "[w]ithin ten days after filing of a Commissioner's proposed findings of fact and recommendations."[3] Neither party filed and served an objection on or before June 10, 2026, ten days after the Commissioner filed his Report and Recommendation.

4. The Court adopts the Commissioner's Report and Recommendation in its entirety for the reasons set forth therein. The Commissioner's findings are not clearly erroneous, contrary to law, or an abuse of discretion.[4] Accordingly, Defendant's Motion for Postconviction Relief is hereby **SUMMARILY DISMISSED and** Postconviction counsel's Motion to Withdraw is **GRANTED.**

**IT IS SO ORDERED.**

_____
Sheldon K. Rennie, Judge

Original to Prothonotary

cc:  Taha H. El-Abbadi (SBI #00686213)

---

[3] Super. Ct. Crim. R. 62(a)(5)(ii).
[4] Super. Ct. Crim. R. 62(a)(4)(iv).